In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00150-CV

_____

IN RE LATITIA ADELLE JOHNSON BARNARD

_____

Original Proceeding

_____

MEMORANDUM OPINION

In a petition for writ of habeas corpus, Latitia Adelle Johnson Barnard seeks to compel Julius Marion Barnard III to return their three children to her. *See generally* Tex. Fam. Code Ann. § 157.371 (West 2008).[1] This Court lacks original jurisdiction of a habeas proceeding for the return of a child. *See id.*; *see also In re McLane*, No. 01-08-00763-CV, 2009 WL 4358857, at *2 (Tex. App.—Houston

[1]The parties' 2008 divorce decree gave relator the right to designate the primary residence of the children, but in a pending suit seeking to modify and to terminate the parent-child relationship, the trial court signed temporary orders limiting relator's access to the children to specific periods of visitation.

1

[1st Dist.] Nov. 30, 2009, orig. proceeding) (mem. op.). We dismiss relator's petition for writ of habeas corpus.

PETITION DISMISSED.

PER CURIAM

Submitted on April 10, 2013
Opinion Delivered April 25, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.